UMBERTO POLITANO, Appellant, *v.* AARON L. JACOBY, Respondent, Impleaded with Another.

(Argued May 22, 1934; decided June 5, 1934.)

*Charles Rothenberg* for appellant.

*Reginald S. Hardy, Gardiner Conroy* and *Joseph A. Solovei* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.